585 A.2d 361

STATE OF NEW JERSEY v. EMANUEL REDDEN.

September 4, 1990.

Petition for certification denied.

585 A.2d 361

STATE OF NEW JERSEY v. PATRICIA GILES.

September 4, 1990.

Petition for certification denied.

585 A.2d 362

STATE OF NEW JERSEY v. MICHAEL KEE.

September 4, 1990.

Petition for certification denied.

585 A.2d 362

STATE OF NEW JERSEY v. JAMES HALL.

September 4, 1990.

Petition for certification denied.

585 A.2d 362

STATE OF NEW JERSEY v. MICHAEL J. BEATTY.

September 4, 1990.

Petition for certification denied.